UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CURTIS PULLEY, LOOKING AHEAD ) <br> MORNING WORSHIP, LISTENING TO ) <br> GOD MINISTRIES, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GREENVILLE HOUSING AUTHORITY, ) <br> EQUIFAX BOARD OF DIRECTORS, ) <br> WELLS FARGO CORP., THE DAILY ) <br> REFLECTOR PUBLISHER, BB&T BANK ) <br> CORPORATION, PITT COUNTY N.C. ) <br> CLERK OFFICE ) <br> ) <br>     Defendants. ) | **JUDGMENT** <br><br> No. 4:18-CV-120-D |

**Decision by Court.**
This action came before this Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED that** plaintiffs' application to proceed in forma pauperis [D.E. 1] is GRANTED, plaintiff's objections to the M&R [D.E. 11] are OVERRULED, and plaintiff's complaint [D.E. 1-1] is DISMISSED without prejudice. Plaintiff's motion to file evidence is DENIED, and plaintiff's motion to unlock his apartment is DENIED. See [D.E. 13, 14].

This Judgment Filed and Entered on August 22, 2018 with service on:
Curtis Pulley, Post Office Box 82, Greenville, NC 27835 (via US Mail)

Date: August 22, 2018          PETER A. MOORE, JR., CLERK

                                                  /s/ Lauren Herrmann
                                                  Lauren Herrmann, Deputy Clerk